TIMOTHY J. WALSH  (SBN 69509 )
ATTORNEY AT LAW
1319 TRAVIS BLVD
FAIRFIELD, CA. 94533
TEL: 707 429-1990
FAX: 707 429-1998
fflaw@comcast.net
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

|  |  |
|---|---|
| LAWRENCE THOMPSON<br><br>SANDRA THOMPSON<br><br>Debtor. | ) Case No: 10-41138<br>)<br>) EX-PARTI<br>) MOTION TO REOPEN CASE TO ENABLE<br>) DEBTOR LAWRENCE THOMPSON TO<br>) FILE THE CERTIFICATE OF DEBTOR<br>) EDUCATION<br>)<br>) DATE:  NO HEARING REQUIRED<br>   DEPARTMENT: E<br>   JUDGE: RONALD SARGIS |

DEBTOR'S MOTION TO REOPEN CASE TO ENABLE DEBTOR LAWRENCE

THOMPSON TO FILE THE CERTIFICATE OF DEBTOR EDUCATION

Debtor prays the Court reopen this case for the specific purpose to allow debtor Lawrence

Thompson to file the CERTIFICATE OF DEBTOR EDUCATION, and thereby receive a

discharge. Said Certificate of Debtor Education is filed concurrent with this motion.

Dated this 14th Day of January, 2016

/s/ Timothy J. Walsh

1